UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39457 |
|---|---|
| LINDA J STRAHM | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 2 | ALLEN J EGBERT TRUST<br>% RALPH F KEISTER<br>100 S MAIN AVE STE 300<br>SIDNEY, OH  45365 | 6.18 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service    04-39457

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LINDA J STRAHM
16020 WELLS ROAD
ANNA, OH  45306

DUANE A GOETTEMOELLER
126 N MAIN AVE
BOX 987
SIDNEY, OH  45365

(2.1)
ALLEN J EGBERT TRUST
% RALPH F KEISTER
100 S MAIN AVE  STE 300
SIDNEY, OH  45365

(18.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(16.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(17.1n)
US DEPT OF ED
NATIONAL PAYMENT CENTER
BOX 4169
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs